UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Yiu Wing Choi,<br><br>    Plaintiff<br><br>v.<br><br>Lan Zhang et al.,<br><br>    Defendants | 2:16-cv-001613-JAD-GWF<br><br>**Order Granting Plaintiff's Motion to Dismiss and Closing Case**<br><br>[ECF Nos. 6, 8] |

   Plaintiff Yiu Wing Choi moves the court to dismiss this case. Because no defendant has served an answer or a motion for summary judgment, I treat the motion as a request for voluntary dismissal under FRCP 41(a)(1), GRANT it, DENY defendant Len Zhang's motion to dismiss [ECF No. 6] as moot, and direct the Clerk of Court to Close this case.

   Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

   Plaintiff's Motion to Dismiss **[ECF No. 8] is GRANTED**; all claims are dismissed without prejudice;

   Defendant Len Zhang's Motion to Ask this Court Release Me and Dismiss this Case **[ECF No. 6] is DENIED as moot**; and

   The Clerk of Court is directed to **CLOSE THIS CASE**.

   DATED: August 11, 2016

                                                          _____
                                                          Jennifer A. Dorsey
                                                          United States District Judge